

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00156-CV

———————————————

IN RE BOZIE MADISON, JR., VERA MADISON, LHM FINANCIAL
CORPORATION, AND FEDERAL NATIONAL MORTGAGE ASSOCIATION,
Relators

---

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-307284-19

---

Before Wallach, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion to stay, real parties in interest's responses, and relators' reply to the responses and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion to stay are denied.

Per Curiam

Delivered: May 19, 2022